UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
STEPHEN SULLIVAN,                       )
                                     )
               Plaintiff,          )
                                     )
v.                                 )
                                   )   Civil Action No. 1:17-cv-11604-DJC
MARK A. MUSSER, DONALD J. TRUDEAU, )
CABOT UNDERWRITERS, LLC, individually )
                                   )
              Defendants.     )
_____)

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the undersigned parties

stipulate that all claims that were or could have been asserted in this action be dismissed with

prejudice and without costs, and waiving all rights of appeal, with no costs or attorneys' fees

being awarded to any party.

Respectfully submitted,                    Respectfully submitted:
Stephen Sullivan,                       Mark A. Musser, Donald J. Trudeau, Cabot
By his attorney                       Underwriters, LLC
                                     By their attorney,


 /s/ Maura Greene                   /s/ Martin Desmery           
Maura Greene (BBO #547204)         Martin Desmery (BBO #550133)
Law Office of Maura Greene, LLC      Partridge Snow & Han LLP
Six Beacon Street, Suite 205        30 Federal Street, 7th Floor
Boston, MA 02108                 Boston, MA 02110
(T): (617) 936-1580              (T): 617-292-7900
(F): (617) 507-7855             (F): 617-292-7910
maura@mauragreenelaw.com         mdesmery@psh.com


Dated: February 21, 2018

**CERTIFICATION OF SERVICE**

I hereby certify that this document filed through the Court's CM/ECF system on February 21, 2018, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent on this date via first class mail, postage prepaid, to those indicated as non-registered participants.

/s/ Maura Greene
_____

Maura Greene

Dated:  February 21, 2018